**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JUAN ANTONIOS CUETO DE LUNA  : Bankruptcy No. 17-13476-REF
:
:        Chapter 13
Debtor                               :

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

    $ _____3,000.00_____ for attorney's fees
    $ _____0.00_____ for expenses
    $ _____3,000.00_____ TOTAL for fees AND expenses
    LESS $ ____1,190.00____ credit for funds already received; equals
    $ _____1,810.00_____ BALANCE DUE

**Date: March 27, 2018**

ENTERED: _____      _____
                                                                J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor