# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Juan Antonio Cueto deLuna aka Juan Cueto<br>　　　　　　　　　Debtor(s)<br><br>VFS Lending Services VI, LLC<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Juan Antonio Cueto deLuna aka Juan Cueto<br>　　　　　　　　　Debtor(s)<br><br>Scott Waterman Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-13476 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Notice of Mortgage Payment Change of VFS Lending Services VI, LLC, which was filed with the Court on or about **July 10, 2019**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

April 20, 2020