| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-13476-PMM

JUAN ANTONIO CUETO DE LUNA
42 S MADISON ST
ALLENTOWN  PA    18102-4655

Petition Filed Date: 05/16/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $115.00 | 1657987560 | 01/22/2019 | $1,000.00 | 1657987551 | 02/25/2019 | $115.00 | 1658862702 |
| 02/25/2019 | $1,000.00 | 1658862693 | 03/22/2019 | $115.00 | 208169034128 | 03/22/2019 | $1,000.00 | 208169034117 |
| 04/22/2019 | $115.00 | 208169035855 | 04/22/2019 | $1,000.00 | 208169035844 | 05/21/2019 | $115.00 | 208169042830 |
| 05/21/2019 | $1,000.00 | 208169042829 | 06/18/2019 | $115.00 | 1661937624 | 06/18/2019 | $1,000.00 | 1661937615 |
| 07/23/2019 | $115.00 | 1663316127 | 07/23/2019 | $1,000.00 | 1663316118 | 10/07/2019 | $1,000.00 | 19027818084 |
| 10/07/2019 | $98.00 | 19027818085 | 11/01/2019 | $98.00 | 208854405936 | 11/01/2019 | $1,000.00 | 208854405925 |
| 12/09/2019 | $98.00 | 208872866500 | 12/09/2019 | $1,000.00 | 208872866499 | 01/07/2020 | $98.00 | 208872889566 |
| 01/07/2020 | $1,000.00 | 208872889555 | 02/10/2020 | $98.00 | 17950645932 | 02/10/2020 | $500.00 | 17950645931 |
| 02/10/2020 | $500.00 | 17950645930 | 03/09/2020 | $98.00 | 208959194928 | 03/09/2020 | $1,000.00 | 208959194917 |
| 04/03/2020 | $98.00 | 208959221790 | 04/03/2020 | $1,000.00 | 208959221780 | 05/06/2020 | $98.00 | 208959236805 |
| 05/06/2020 | $1,000.00 | 208959236794 | 06/02/2020 | $98.00 | 209538011309 | 06/02/2020 | $1,000.00 | 209538011298 |
| 07/06/2020 | $98.00 | 209538038864 | 07/06/2020 | $1,000.00 | 209538038853 | 08/04/2020 | $1,000.00 | 209538085757 |
| 08/04/2020 | $98.00 | 209538085768 | | | | | | |

**Total Receipts for the Period: $19,883.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,493.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | NYC-HRA OFFICE OF CHILD SUPPORT ENFORCE<br>»» 006 | Priority Creditors | $6,755.21 | $6,755.21 | $0.00 |
| 7 | VFS LENDING SERVICES VI LLC<br>»» 007 | Ongoing Mortgage | $45,378.81 | $21,965.88 | $23,412.93 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $206.81 | $0.00 | $206.81 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $495.79 | $0.00 | $495.79 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $489.40 | $0.00 | $489.40 |
| 1 | ORION PORTFOLIO SERVICES LLC<br>»» 001 | Unsecured Creditors | $313.54 | $0.00 | $313.54 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LYNN E FELDMAN ESQ<br>»» 008 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 8 | REGIONAL ACCEPTANCE CORP<br>»» 03U | Unsecured Creditors | $2,320.65 | $0.00 | $2,320.65 |

**Chapter 13 Case No. 17-13476-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,493.00 | Current Monthly Payment: | $1,115.00 |
| Paid to Claims: | $30,531.09 | Arrearages: | $2,082.00 |
| Paid to Trustee: | $2,973.71 | Total Plan Base: | $61,105.00 |
| Funds on Hand: | $988.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.