Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-13476-PMM**

JUAN ANTONIO CUETO DE LUNA  
42 S MADISON ST  
ALLENTOWN  PA   18102-4655

Petition Filed Date: 05/16/2017  
341 Hearing Date: 06/27/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $98.00 | 208872889566 | 01/07/2020 | $1,000.00 | 208872889555 | 02/10/2020 | $98.00 | 17950645932 |
| 02/10/2020 | $500.00 | 17950645931 | 02/10/2020 | $500.00 | 17950645930 | 03/09/2020 | $98.00 | 208959194928 |
| 03/09/2020 | $1,000.00 | 208959194917 | 04/03/2020 | $98.00 | 208959221790 | 04/03/2020 | $1,000.00 | 208959221780 |
| 05/06/2020 | $98.00 | 208959236805 | 05/06/2020 | $1,000.00 | 208959236794 | 06/02/2020 | $98.00 | 209538011309 |
| 06/02/2020 | $1,000.00 | 209538011298 | 07/06/2020 | $98.00 | 209538038864 | 07/06/2020 | $1,000.00 | 209538038853 |
| 08/04/2020 | $1,000.00 | 209538085757 | 08/04/2020 | $98.00 | 209538085768 | 09/09/2020 | $500.00 | 17950554756 |
| 09/09/2020 | $500.00 | 17950554757 | 09/09/2020 | $98.00 | 17950554758 | 10/14/2020 | $500.00 | 19145102574 |
| 10/14/2020 | $500.00 | 19145102573 | 10/14/2020 | $115.00 | 19145102575 | 11/03/2020 | $115.00 | 209630003242 |
| 11/03/2020 | $1,000.00 | 209630003231 | 12/01/2020 | $115.00 | 209630025264 | 12/01/2020 | $1,000.00 | 209630025253 |
| 01/11/2021 | $1,000.00 | 209630056559 | 01/11/2021 | $115.00 | 209630056560 | 02/01/2021 | $115.00 | 209630077250 |
| 02/01/2021 | $1,000.00 | 209630077261 | 03/12/2021 | $1,000.00 | 209834304900 | 03/12/2021 | $115.00 | 209834304911 |
| 04/06/2021 | $1,000.00 | 209834335711 | 04/06/2021 | $115.00 | 209834335722 | 05/05/2021 | $1,000.00 | 209834361320 |
| 05/05/2021 | $115.00 | 209834361330 | 06/01/2021 | $1,000.00 | 209834378336 | 06/01/2021 | $115.00 | 209834378347 |

**Total Receipts for the Period: $19,917.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $45,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | NYC-HRA OFFICE OF CHILD SUPPORT ENFORCE<br>»» 006 | Priority Crediors | $6,755.21 | $6,755.21 | $0.00 |
| 7 | BSI FINANCIAL SERVICES<br>»» 007 | Ongoing Mortgage | $45,378.81 | $32,204.43 | $13,174.38 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $206.81 | $0.00 | $206.81 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $495.79 | $0.00 | $495.79 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $489.40 | $0.00 | $489.40 |
| 1 | ORION PORTFOLIO SERVICES LLC<br>»» 001 | Unsecured Creditors | $313.54 | $0.00 | $313.54 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LYNN E FELDMAN ESQ<br>»» 008 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 8 | REGIONAL ACCEPTANCE CORP<br>»» 03U | Unsecured Creditors | $2,320.65 | $0.00 | $2,320.65 |

**Chapter 13 Case No. 17-13476-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,626.00 | Current Monthly Payment: | $1,115.00 |
| Paid to Claims: | $40,769.64 | Arrearages: | $2,099.00 |
| Paid to Trustee: | $3,852.86 | Total Plan Base: | $61,105.00 |
| Funds on Hand: | $1,003.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.