| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-13476-PMM

JUAN ANTONIO CUETO DE LUNA
42 S MADISON ST
ALLENTOWN  PA    18102-4655

Petition Filed Date: 05/16/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $1,000.00 | 209834335711 | 04/06/2021 | $115.00 | 209834335722 | 05/05/2021 | $1,000.00 | 209834361320 |
| 05/05/2021 | $115.00 | 209834361330 | 06/01/2021 | $1,000.00 | 209834378336 | 06/01/2021 | $115.00 | 209834378347 |
| 06/29/2021 | $115.00 | 209834396981 | 06/29/2021 | $1,000.00 | 209834396970 | 07/29/2021 | $1,000.00 | 210108471573 |
| 09/07/2021 | $115.00 | 210108493122 | 09/07/2021 | $1,000.00 | 210108492660 | 09/07/2021 | $100.00 | 210108492671 |
| 09/07/2021 | $15.00 | 210108493111 | 10/04/2021 | $115.00 | 210108414296 | 10/04/2021 | $1,000.00 | 210108414285 |
| 10/26/2021 | $1,000.00 | 210108424560 | 10/26/2021 | $115.00 | 210108424570 | 12/06/2021 | $115.00 | 19330550444 |
| 12/06/2021 | $1,000.00 | 19330550443 | 01/04/2022 | $1,000.00 | 210265570691 | 01/04/2022 | $115.00 | 21026557070 |
| 02/01/2022 | $115.00 | 210265588731 | 02/01/2022 | $1,000.00 | 210265588720 | 03/02/2022 | $1,000.00 | 210265610555 |
| 03/02/2022 | $115.00 | 210265610566 | 04/04/2022 | $1,000.00 | 210265627979 | 04/04/2022 | $115.00 | 210265627980 |
| 05/04/2022 | $115.00 | 210265648714 | 05/04/2022 | $1,000.00 | 210265648703 | 05/31/2022 | $1,000.00 | 19347211016 |
| 05/31/2022 | $1,000.00 | 210366766258 | 05/31/2022 | $100.00 | 19347211017 | | | |

**Total Receipts for the Period:  $17,710.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $59,991.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | NYC-HRA OFFICE OF CHILD SUPPORT ENFORCE<br>»» 006 | Priority Crediors | $6,755.21 | $6,755.21 | $0.00 |
| 7 | BSI FINANCIAL SERVICES<br>»» 007 | Ongoing Mortgage | $45,378.81 | $45,378.81 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $206.81 | $52.86 | $153.95 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $495.79 | $126.73 | $369.06 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $489.40 | $125.10 | $364.30 |
| 1 | ORION PORTFOLIO SERVICES LLC<br>»» 001 | Unsecured Creditors | $313.54 | $80.14 | $233.40 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LYNN E FELDMAN ESQ<br>»» 008 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 8 | REGIONAL ACCEPTANCE CORP<br>»» 03U | Unsecured Creditors | $2,320.65 | $593.19 | $1,727.46 |

Chapter 13 Case No. 17-13476-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,991.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $54,922.04 | Arrearages: | $3,095.83 |
| Paid to Trustee: | $5,068.96 | Total Plan Base: | $63,086.83 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.