United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Juan Antonio Cueto deLuna  
    Debtor

Case No. 17-13476-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 27, 2022      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Juan Antonio Cueto deLuna, 42 S Madison St, Allentown, PA 18102-4655 |
| 13919721 | | Child Support Enforcement, Box, 830 Canal Street Sta, New York, NY 10013 |
| 13919722 | | ClearSpring, PO Box 4869 Box 4869, Houston, TX 77210-4869 |
| 13999248 | + | NYC-HRA Office of Child Support Enf., 150 Greenwich Street, 40th Floor, New York, NY 10007-5211 |
| 13919724 | | Regional Acceptance Corp, 1424E E Fire Tower Rd, Greenville, NC 27858-4105 |
| 13919725 | | Romano Garubo & Argentieri, 52 Newton Ave # 456, Woodbury, NJ 08096-4610 |
| 13919727 | | Trident Asset Management, 53 Perimeter Cente Easte, Ste 440, Atlanta, GA 30346-0000 |
| 13919728 | | VFS Lending Services VI LLC, 1905 Kramer Ln Ste B700, Austin, TX 78758-4063 |
| 13964741 | + | VFS Lending Services VI, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2022 23:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13919719 | | Email/Text: ebn@americollect.com | Sep 27 2022 23:42:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 13919720 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 27 2022 23:42:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 13919723 | ^ | MEBN | Sep 27 2022 23:39:02 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13987482 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:45:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13972541 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:45:22 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13920462 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:45:26 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13921660 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:45:22 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13920452 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:45:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13933619 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 27, 2022 | Form ID: 138OBJ | Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| | | | Sep 27 2022 23:45:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13919726 | | Email/Text: bankruptcy@sw-credit.com | Sep 27 2022 23:42:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 13924173 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:45:22 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor VFS Lending Services VI  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| LYNN E. FELDMAN | on behalf of Debtor Juan Antonio Cueto deLuna feldmanfiling@rcn.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor VFS Lending Services VI  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Juan Antonio Cueto deLuna
      Debtor(s)

Case No: 17−13476−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/27/22